UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JAY L THOMAS, | Civil No.09-3892 (PGS) |
| Plaintiff, | |
| v. | O R D E R |
| TD BANK NORTH, | |
| Defendant. | |

On August 6, 2009, pro-se Plaintiff, Jay L Thomas, submitted a Complaint and an Application to proceed in forma pauperis, pursuant to 28 U.S.C. § 1915(a).

Based upon Plaintiff's Application attesting to his indigence,

IT IS on this ___6___ day of ___August___, 2009,

ORDERED that Petitioner's application to proceed in forma pauperis is hereby granted, pursuant to 28 U.S.C. § 1915(a).

_____
Peter G. Sheridan, U.S.D.J.